**RICHARD A. BESHWATE, JR.  179782**
Attorney at Law
2014 Tulare Street Suite 414
Fresno, CA 93721
(559) 266-5000
Fax: 559-266-0507


Attorney for Defendant
ZEMZEM MOHAMED ILMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| *UNITED STATES OF AMERICA,*  )<br>)<br>*Plaintiff,*  )<br>)<br>vs.  )<br>)<br>*ZEMZEM MOHAMED ILMI*  )<br>)<br>*Defendant.*  )<br>_____  ) | CASE NO.:  1:09-CR-00057 AWI<br><br>WAIVER OF DEFENDANT'S PRESENCE AT COURT HEARINGS |

   Defendant, ZEMZEM MOHAMED ILMI, hereby waives his/her right to be present in person in open court upon the hearing of any proceeding in this cause, including but not limited to , arraignment, status conferences, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

   Defendant hereby requests the Court to proceed during his/her absence and agrees that his/her interests will be deemed represented at all times by the presence of his/her attorney, the same as if he/she were personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  This waiver is being made because Defendant, ZEMZEM MOHAMED ILMI   has been charged by indictment.

   Defendant acknowledges that he/she has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his/her attorney to set times and delays under the Act without the defendant being present.

_/s/ Zemzem Mohamed Ilmi_
ZEMZEM MOHAMED ILMI, Defendant

_9818 5th Avenue_
Address

_Seattle WA   98115_
City/State/Zip Code

Dated: March 24, 2009                          Respectfully submitted,

                                        LAW OFFICE OF RICHARD A. BESHWATE, JR.

                                        By: /s/_Richard A. Beshwate, Jr._
                                              RICHARD A. BESHWATE, JR.
                                              Attorney for Defendant
                                              ZEMZEM MOHAMED ILMI


*  *  *  *  *  *  *  *

### ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived upon the hearing of any proceeding in this cause, including but not limited to , arraignment, status conferences, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

IT IS SO ORDERED.

**Dated:   March 24, 2009**                          _/s/ Anthony W. Ishii_
                                                        CHIEF UNITED STATES DISTRICT JUDGE